IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES CRUZ,** : | **CIVIL ACTION NO. 1:07-CV-0319** |
| **Petitioner** : | **(Judge Conner)** |
| v. : | |
| **JONATHAN C. MINER and** : | |
| **UNITED STATES MARSHALS,** : | |
| **Respondents** : | |

## ORDER

AND NOW, this 6th day of August, 2007, upon consideration of petitioner's motion for leave to proceed *in forma pauperis* on appeal (Doc. 19), and the "Application for Part of Transcripts" (Doc. 20), in which petitioner requests that the court waive the costs for records, transcripts, and notes from his trial in the United States District Court for the District of Maine, it is hereby ORDERED that:

1. The motion for leave to proceed *in forma pauperis* (Doc. 19) is DENIED without prejudice to defendant's right to file his request with the United States Court of Appeals for the Third Circuit.

2. The "Application for Part of Transcripts" (Doc. 20) is DENIED.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge